UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 20-cv-22230-KMM

WINDY LUCIUS,

      Plaintiff,

v.

MIAMI DOLPHINS, LTD.,

      Defendant.

_____/

## NOTICE OF SETTLEMENT

Plaintiff WINDY LUCIUS ("Plaintiff") respectfully submits this Notice of Settlement, and

informs the Court as follows:

1.     Plaintiff has reached an agreement with Defendant MIAMI DOLPHINS, LTD.

("Defendant") to resolve the claims against it.

2.     The parties are in the process of finalizing a confidential settlement agreement and

will be filing a settlement documents with the Court within sixty (60) days.

            Respectfully submitted,

            */s/ J. Courtney Cunningham*
            J. Courtney Cunningham, Esq.
            J. COURTNEY CUNNINGHAM, PLLC
            FBN: 628166
            8950 SW 74th Court, Suite 2201
            Miami, FL 33156
            T:  305-351-2014
            cc@cunninghampllc.com

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on June 18, 2020, I electronically filed the foregoing document

with the Clerk of the Court using the CM/ECF system.

_/s/ J. Courtney Cunningham_
J. Courtney Cunningham, Esq.