UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:20-cv-22230-KMM

WINDY LUCIUS,

    Plaintiff,

v.

MIAMI DOLPHINS, LTD.,

    Defendant.
_____/

## ORDER

THIS CAUSE came before the Court upon Defendant's Unopposed Motion for Entry of Proposed Consent Decree. (ECF No. 11). The Court finds the Consent Decree to be fundamentally fair, adequate and reasonable to improve and provide access for persons with disabilities to the services at issue, and to otherwise meet the purposes of Title III of the Americans with Disabilities Act, 42 U.S.C. § 12181, *et seq*. Accordingly, UPON CONSIDERATION of the Motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it hereby ORDERED AND ADJUDGED that the Unopposed Motion for Entry of Proposed Consent Decree (ECF No. 11) is GRANTED. The Court hereby APPROVES and ENTERS the Consent Decree. This cause is DISMISSED WITH PREJUDICE.

To the extent not otherwise disposed of herein, all pending motions are hereby DENIED as moot, and the Clerk of Court is directed to CLOSE this case.

DONE AND ORDERED in Chambers at Miami, Florida, this 28th day of July, 2020.

*[signature]*
K. MICHAEL MOORE
CHIEF UNITED STATES DISTRICT JUDGE

c: all counsel of record